JOHN EDWARDS, Appellant, *v.* THE NIAGARA FIRE INSURANCE COMPANY of the City of New York, Respondent.

*Edwards* v. *Niagara F. Ins. Co.*, 91 Hun, 637, affirmed.
(Argued November 23, 1898; decided December 13, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the third judicial department, entered December 4, 1895, affirming a judgment in favor of defendant entered upon the report of a referee.

*Marcus T. Hun* for appellant.

*Franklin M. Danaher* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.

---

JACOB HIRSHFELD, Suing on his own Behalf and on Behalf of all Other Creditors of THE MADISON SQUARE BANK, Respondent, *v.* LAWRENCE J. FITZGERALD et al., Appellants, Impleaded with JOHN BOPP et al., Respondents.

(Submitted December 12, 1898; decided December 16, 1898.)

Motion for reargument denied, and motion to amend remittitur so as to read "without costs to either party" granted. (See 157 N. Y. 166.)